ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2022-Aug-02  09:09:00
60CR-22-2476
C06D03 : 5 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____5_____ DIVISION

STATE OF ARKANSAS     PLAINTIFF

VS     CR 2022-2476

ANTWANE NELSON     DEFENDANT

## FELONY INFORMATION
## COUNT 1

Larry Jegley, Prosecuting Attorney of the Sixth Judicial District of Arkansas, in the name, by the authority, and on behalf of the State of Arkansas, charges ANTWANE NELSON with the crime of violating ACA § 5-64-436(b)(2) PCS SCH. VI W/PURPOSE TO DELIVER committed as follows, to wit: The said defendant(s), in Pulaski County, on or about June 6, 2022, unlawfully, feloniously, did possess, with the purpose to deliver, a Schedule VI controlled substance, to wit: MARIJUANA , in an amount of fourteen (14) grams or more but less than four (4) ounces, against the peace and dignity of the State of Arkansas.

## MISDEMEANOR INFORMATION
## COUNT 2

Larry Jegley, Prosecuting Attorney of the Sixth Judicial District of Arkansas, in the name, by the authority, and on behalf of the State of Arkansas, charges ANTWANE NELSON with the crime of violating ACA § 5-64-443(a)(1) DRUG PARAPHERNALIA committed as follows, to wit: The said defendant(s), in Pulaski County, on or about June 6, 2022, unlawfully, did possess with the purpose to use the drug paraphernalia to wit: DIGITAL SCALES, to weigh a controlled substance, against the peace and dignity of the State of Arkansas.

Defendant, ANTWANE NELSON, has been previously convicted of four (4) or more felony offenses, and consequently his sentence should be increased as provided for in AR Code Ann. 5-4-501(b), against the peace and dignity of the State of Arkansas.

Larry Jegley
Prosecuting Attorney

By: _____
Deputy Prosecuting Attorney

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Feb-10  11:07:57
60CR-22-2476
C06D03 : 1 Page

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## THIRD DIVISION

**STATE OF ARKANSAS**　　　　　　　　　　　　　　　　**PLAINTIFF**

CR No. 22-2476

VS.

Antwane Nelson　　　　　　　　　　　　　　　　**DEFENDANT**
(Defendant's Full Name)

## REPORTING FORM FOR
## DEFENSE-RELATED DISPOSITIONS
[See Administrative Order Number 8, Section III(a)]

Count# __All__　　　A.C.A. § __All__

[WHEN MULTIPLE COUNTS ARE INVOLVED, PLACE THE COUNT # (NOT "X" OR "✓") ON THE LINE BELOW THAT APPLIES TO EACH COUNT]

Non-Trial _____　　Bench Trial _____　　Jury Trial _____

Acquitted _____　　Acquitted because of Mental Defect _____

Transferred _____　　Transferred to Juvenile Court _____

Dismissed for good cause _____

Nolle prossed for good cause __X__

_____
Circuit Judge

Date 2/9/23

This Form was submitted by: _____
(Signature of Deputy Prosecuting Attorney)

ATN # PCS1007152005　　　　SID# 3007550
Date of Arrest: 6/11/22　　　Date Information Filed: 8/2/22

drd.doc